UNITED STATES of America, Plaintiff–Appellee

v.

Ramon VASQUEZ–DIAZ, Defendant–Appellant.

No. 14–40187

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 5, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, H. Michael Sokolow, Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

It is undisputed that the written judgment convicting Ramon Vasquez–Diaz of illegal reentry of a deported alien incorrectly reflects that he was convicted under 8 U.S.C. § 1326(b)(2). The parties disagree as to whether the proper remedy is remand for the district court to enter a modified judgment or for this court itself to modify and affirm the judgment. We choose the latter. We therefore AFFIRM the judgment of the district court but REFORM it to reflect conviction and sentencing under 8 U.S.C. § 1326(a) and (b)(1). *See United States v. Mondragon–Santiago,* 564 F.3d 357, 368–69 (5th Cir.2009); *see also* 28 U.S.C. § 2106; *United States v. Hermoso,* 484 Fed.Appx. 970, 972–73 (5th Cir.2012).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.